ORIGINAL

# In the United States Court of Federal Claims

No. 14-1071 C
(Filed: January 8, 2015)

FILED
JAN - 8 2015
U.S. COURT OF
FEDERAL CLAIMS

|  | ) |
|---|---|
| CLAUDIUS TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has received Mr. Taylor's confirmation of address and request to dismiss his case voluntarily and without prejudice. See Pl.'s Letter, Dec. 27, 2014, ECF No. 6. Mr. Taylor's request is **GRANTED** pursuant to Rule 41(a)(2) of the Rules of the Court of Federal Claims. This matter is dismissed without prejudice. The Clerk of the Court shall amend Mr. Taylor's address of record and enter judgment accordingly.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Chief Judge